UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation</u>

                                      Civil No. 12-md-2320-PB
                                      12-cv-2324-PB

<u>O R D E R</u>

By notice dated March 12, 2012, Attorneys **Faith E. Gay and Margaret Caruso** were instructed to register for Electronic Case Filing (ECF) within thirty (30) days.   To date, attorneys **Gay** and **Caruso** have not registered as instructed.

The above attorneys shall register for ECF on or before May 21, 2012. Failure to register by that date shall result in attorneys **Gay** and **Caruso** being removed as counsel of record.

SO ORDERED.

May 7, 2012                                          */s/ Paul Barbadoro*
                                                               Paul Barbadoro
                                                                United States District Judge

cc:    **Faith E. Gay, Esq.**
        **Margaret Caruso, Esq.**
        All Counsel of Record